UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID YUNT, Plaintiff,

v. Civil Action No. 3:16-cv-316-DJH-CHL

AMERICAN HONDA FINANCE CORP., et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff David Yunt having filed a Notice of Voluntary Dismissal with prejudice as to his claims against Defendant Experian Information Solutions, Inc. (Docket No. 20), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. Yunt's claims against Experian Information Solutions, Inc. are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Experian Information Solutions, Inc. as a defendant in the record of this matter.

2. The Court's Order of February 17, 2017 (D.N. 19), is **AMENDED** to reflect that Yunt's claims against American Honda Finance Corp. stand dismissed with prejudice. (*See* D.N. 18-1)

3. All claims having been resolved (*see* D.N. 13; D.N. 19), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

September 7, 2017

**David J. Hale, Judge**
**United States District Court**

1